# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cook, Deborah L | U.S. Court of Appeals, 6th Cir | 05/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 433 U.S. Courthouse<br>2 South Main Street<br>Akron, Ohio 44308 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Collegescholars, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED FINANCIAL DISCLOSURE OFFICE JUN 30 10 42 AM '06

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | I am eligible for State of Ohio retirement benefits |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2005 | self-employed attorney |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AIG Common | | None | | | Sold | 1/18 | M | F | |
| 2. CTSH Common | | None | | | Sold | 1/18 | L | E | |
| 3. Dell Common | | None | | | Sold | 1/18 | M | E | |
| 4. POGSX | C | Dividend | | | Sold | 2/11 | M | A | |
| 5. SCH Common | | None | | | Sold | 1/18 | N | D | |
| 6. CSCO Common | | None | N | T | | | | | |
| 7. CSCO Common | | | | | Sold | 1/18 | O | G | |
| 8. CSCO Common | | | | | Sold | 4/11 | L | F | |
| 9. CSCO Common | | | | | Donated | 5/13 | L | | See Note in Part VIII |
| 10. EMC Common | | None | | | Sold | 1/18 | M | A | |
| 11. LLTC Common | | None | | | Sold | 1/18 | L | F | |
| 12. MXIM Common | | None | | | Sold | 1/18 | L | D | |
| 13. MDT Common | A | Dividend | | | Sold | 1/18 | N | E | |
| 14. MSFT Common | | None | | | Sold | 1/18 | L | A | |
| 15. Pfizer Common | | None | | | Sold | 1/18 | L | E | |
| 16. Veritas Common | | None | | | Sold | 1/18 | M | A | |
| 17. real estate partnership held by Keogh | | None | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Industrial Building paying rent | F | | M | W | | | | | |
| 19. Victory Gradison Reserves-cash | B | Interest | | | | | | | |
| 20. National City Bank Account | A | Interest | L | T | | | | | |
| 21. MBNA | A | Dividend | | | Sold | 1/18 | M | E | |
| 22. AMAT Common | | None | | | Sold | 1/18 | M | A | |
| 23. Affymetrix Inc | | None | | | Sold | 1/18 | K | B | |
| 24. Amgen Inc | | None | | | Sold | 1/18 | L | D | |
| 25. Avid Technology | | None | | | Sold | 1/18 | L | B | |
| 26. Citigroup | | None | | | Sold | 1/18 | L | C | |
| 27. EBAY Incorporated | | None | | | Sold | 1/18 | N | F | |
| 28. Electronic Arts Inc | | None | | | Sold | 1/18 | M | F | |
| 29. Games, Inc | | None | | | Sold | 1/18 | J | A | |
| 30. Harman International Industries Inc | | None | | | Sold | 1/18 | L | B | |
| 31. Juniper Networks Inc | | None | | | Sold | 1/18 | L | A | |
| 32. Qualcomm Inc | A | Dividend | | | Sold | 1/18 | L | C | |
| 33. Rockwell Automation Corporations New | | None | | | Sold | 1/18 | K | D | |
| 34. Symantec Corp | | None | | | Sold | 1/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Symantec Corp | | | | | Sold | 2/18 | K | A | |
| 36. Symbol Technolgies Inc | | None | | | Sold | 1/18 | K | C | |
| 37. United Parcel Service Class B Common | A | Dividend | | | Sold | 1/18 | L | A | |
| 38. Cash account Legg Mason | A | Interest | J | T | | | | | |
| 39. Eaton Vance Sr Income Tr | A | Dividend | | | Buy | 10/10 | L | | |
| 40. Eaton Vance Sr Income Tr | | | | | Sold | 10/25 | J | A | |
| 41. Eaton Vance Sr Income Tr | | | | | Sold | 11/7 | K | A | |
| 42. Eaton Vance Sr Income Tr | | | | | Sold | 11/22 | K | A | |
| 43. FDIC Variable Rate Deposit-cash account | A | Interest | | | | | | | |
| 44. Ishares MSCI EAFE Index Fund | | | N | T | Buy | 1/26 | N | | |
| 45. Ishares MSCI EAFE Index Fund | | | | | Sold | 6/6 | J | A | |
| 46. Ishares MSCI EAFE Index Fund | | | | | Sold | 10/10 | L | D | |
| 47. Ishares MSCI Emerging Market | C | Dividend | N | T | Buy | 1/26 | N | | |
| 48. Ishares MSCI Emerging Market | | | | | Sold | 5/25 | J | A | |
| 49. Ishares MSCI Emerging Market | | | | | Sold | 6/6 | J | A | |
| 50. IShares Trust - S & P 600 | D | Dividend | N | T | Buy | 1/26 | M | | |
| 51. IShares Trust - S & P 600 | | | | | Sold | 5/25 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares Trust - S & P 600 | | | | | Sold | 6/6 | J | A | |
| 53. Legg Mason Cash Rerserve | A | Interest | J | T | | | | | |
| 54. Standard Midcap 400 | C | Dividend | N | T | Buy | 1/26 | M | | |
| 55. Standard Midcap 400 | | | | | Sold | 5/25 | J | A | |
| 56. Standard Midcap 400 | | | | | Sold | 6/6 | J | A | |
| 57. Vanguard Sector Index | E | Dividend | N | T | Buy | 1/26 | O | | |
| 58. Vanguard Sector Index | | | | | Sold | 6/6 | K | A | |
| 59. Vanguard Sector Index | | | | | Sold | 7/21 | L | D | |
| 60. Vanguard Index Trust | D | Distribution | N | T | Buy | 1/26 | N | | |
| 61. IRA #1 | F | Dividend | P1 | T | | | | | |
| 62. -High Income Opportunity Fund | | | | | Buy | 1/26 | M | | |
| 63. -High Income Opportunity Fund | | | | | Buy | 2/2 | J | | |
| 64. -High Income Opportunity Fund | | | | | Buy | 2/18 | M | | |
| 65. -Ishares Lehman Agg Bond Fund | | | | | Buy | 1/26 | N | | |
| 66. -Ishares Lehamn Agg Bond Fund | | | | | Buy | 2/3 | K | | |
| 67. -Ishares Lehman Agg Bond Fund | | | | | Buy | 2/18 | N | | |
| 68. -Ishares XinhauChina 25 Fund | | | | | Buy | 4/29 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Pharmaceutical Holders Trust | | | | | Buy | 4/29 | L | | |
| 70. -US Treas Notes Inflation 1.625 | | | | | Buy | 1/26 | M | | |
| 71. -US Treas Notes Inflation 1.875 | | | | | Buy | 1/28 | M | | |
| 72. IRA #2 | E | Dividend | O | T | | | | | |
| 73. -High Income Opportunity Fund | | | | | Buy | 1/26 | L | | |
| 74. -High Income Opportunity Fund | | | | | Buy | 2/2 | J | | |
| 75. -High Income Opportunity Fund | | | | | Buy | 2/18 | L | | |
| 76. -Ishares Lehman Agg Bond Fund | | | | | Buy | 1/26 | M | | |
| 77. -Ishares Lehman Agg Bond Fund | | | | | Buy | 2/18 | M | | |
| 78. -Ishares Xinhau China 25 | | | | | Buy | 4/29 | K | | |
| 79. -Pharmaceutical Holders Trust | | | | | Buy | 4/29 | J | | |
| 80. -US Treas Notes Inflation 1.625 | | | | | Buy | 1/28 | L | | |
| 81. -US Treas Notes Inflation 1.625 | | | | | Buy | 2/28 | L | | |
| 82. -US Treas Notes Inflation 1.875 | | | | | Buy | 1/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cook, Deborah L | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I - CollegeScholars, Inc is a charitable trust. The trust assets are held to fund college tuitions for the youngsters in our mentored scholarship program.

Part VII - CSCO stock was gifted to CollegeScholars Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____          Date_____ 5/23/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544